**Order entered May 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01662-CV

**DAVID MONTGOMERY, Appellant**

**V.**

**U. S. BANK NATIONAL ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04679-D**

## ORDER

Before the Court is appellant's April 30, 2013 motion for an extension of time to file the clerk's record. Appellant requests an extension of sixty days. We **GRANT** appellant's motion **to the extent** that the clerk's record shall be filed within **thirty days** of the date of this order. *See* TEX. R. APP. P. 35.3(c).

/s/    CAROLYN WRIGHT
CHIEF JUSTICE